UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNA YE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Respondents. | No.  2:13-cv-0972 CKD P<br><br><br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. In support of her application, petitioner has attached copies of her inmate trust account statements from October 2012 through April 2013.  These indicate that petitioner has maintained an average balance of approximately $4,000 for the past several months.  (ECF No. 2 at 4-9.)  An application for in forma pauperis may be denied if the financial information discloses that the petitioner is capable of paying the filing fee.  U.S. ex rel. Barnes v. Gilmore, 968 F. Supp. 384, 385 (N.D. Ill. 1997) (denying in forma pauperis application of habeas petitioner who had $100 in his prison trust account).  Here, the application indicates that petitioner is capable of paying the $5.00 filing fee for this action.

  Petitioner will therefore be granted thirty days in which to submit the $5.00 filing fee to the Clerk of the Court.  Petitioner is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action

1

be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED THAT, within thirty days of the date of this order, petitioner shall submit the appropriate filing fee for this action.

Dated: May 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
ye0972.ifp