1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LINNA YE,                                 No.  2:13-cv-0972 CKD P

11                 Petitioner,

12        v.                                    ORDER

13   DIRECTOR OF CORRECTIONS AND
     REHABILITATION,
14
                   Respondents.
15

16        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

18   In support of her application, petitioner has attached copies of her inmate trust account statements

19   from October 2012 through April 2013.  These indicate that petitioner has maintained an average

20   balance of approximately $4,000 for the past several months.  (ECF No. 2 at 4-9.)  An application

21   for in forma pauperis may be denied if the financial information discloses that the petitioner is

22   capable of paying the filing fee.  U.S. ex rel. Barnes v. Gilmore, 968 F. Supp. 384, 385 (N.D. Ill.

23   1997) (denying in forma pauperis application of habeas petitioner who had $100 in his prison

24   trust account).  Here, the application indicates that petitioner is capable of paying the $5.00 filing

25   fee for this action.

26        Petitioner will therefore be granted thirty days in which to submit the $5.00 filing fee to

27   the Clerk of the Court.  Petitioner is cautioned that failure to pay the fee will result in a

28   recommendation that the application to proceed in forma pauperis be denied and the instant action

1

1  be dismissed without prejudice.

2        Accordingly, IT IS HEREBY ORDERED THAT, within thirty days of the date of this

3  order, petitioner shall submit the appropriate filing fee for this action.

4  Dated:  May 29, 2013

5  _____

    CAROLYN K. DELANEY

6      UNITED STATES MAGISTRATE JUDGE

7

8

9

10  2
  ye0972.ifp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28